### In the Matter of John J. ZAGARI.

No. 210 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

March 4, 1999.

#### ORDER

PER CURIAM.

AND NOW, this 4th day of March, 1999, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated January 11, 1999, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses in-

curred by the Board in the investigation and processing of the Petition for Reinstatement.

Justice CAPPY did not participate in this matter.